# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 5, 2024

## NO. 03-23-00773-CV

**M. L. - G., Appellant**

**v.**

**A. R., Appellee**

## APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND KELLY
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER

This is an appeal from the decree terminating parental rights signed by the trial court on October 5, 2023. Having reviewed the record, the Court holds that M.L.-G. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.